# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-965
_____

WILLIAM JOSHUA GARRETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

February 25, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

William Joshua Garrett, Appellant, pro se.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.